## J. D. CLOUD v. STATE.
### No. 17208.

Court of Criminal Appeals of Texas.
Jan. 30, 1935.

Fred O. Jaye, of DeLeon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.